```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 13659
   SHERRY L COLLINS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2989

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/29/2008 and was confirmed 08/18/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY           2239.56           .00            .00
FIRST CREDIT SERVICES     UNSECURED        NOT FILED           .00            .00
ALLIED WASTE SERVICES     UNSECURED             57.01          .00            .00
AMERICASH LOANS           UNSECURED           5479.99          .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED           .00            .00
BANK OF AMERICA NA        UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED           1558.60          .00            .00
CAPITAL MANAGEMENT SERVI  NOTICE ONLY      NOT FILED           .00            .00
CENTER FOR PSYCHOLOGICAL  UNSECURED        NOT FILED           .00            .00
CHECK CARE SYSTEMS        UNSECURED        NOT FILED           .00            .00
CHECK INTO CASH           UNSECURED        NOT FILED           .00            .00
CHRIST MEDICAL CENTER     UNSECURED        NOT FILED           .00            .00
CHRIST MEDICAL CENTER     UNSECURED        NOT FILED           .00            .00
CHRIST MEDICAL CENTER     UNSECURED        NOT FILED           .00            .00
CHRIST MEDICAL CENTER     UNSECURED        NOT FILED           .00            .00
CITY COUNTY EMPLOYEE CRE  UNSECURED        NOT FILED           .00            .00
BANK OF AMERICA           UNSECURED        NOT FILED           .00            .00
COMCAST                   UNSECURED        NOT FILED           .00            .00
CANDELARIA PIZANO         UNSECURED           4360.88          .00            .00
EMPRESS CASINO JOLIET CO  UNSECURED        NOT FILED           .00            .00
EMPRESS CASINO JOLIET CO  UNSECURED        NOT FILED           .00            .00
HEALTH PARTNERS MEDICAL   UNSECURED        NOT FILED           .00            .00
HEALTH PARTNERS MEDICAL   UNSECURED        NOT FILED           .00            .00
HENNEPIN COUNTY TREASURE  UNSECURED        NOT FILED           .00            .00
HERMAN CAPITAL CORP       UNSECURED        NOT FILED           .00            .00
HERMAN CAPITAL CORP       UNSECURED        NOT FILED           .00            .00
HIWAY FEDERAL CREDIT UNI  UNSECURED        NOT FILED           .00            .00
HOUSEHOLD BANK            UNSECURED        NOT FILED           .00            .00
SOUTHWEST DERMATOLOGY CH  UNSECURED        NOT FILED           .00            .00
ILLINOIS COLLECTION SE    UNSECURED        NOT FILED           .00            .00
LDC COLLECTION SYSTEM     NOTICE ONLY      NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 13659 SHERRY L COLLINS
```

```
MED I MERCY PHYSICIAN      UNSECURED        NOT FILED              .00            .00
MEDICAL BUSINESS BUREAU    UNSECURED        NOT FILED              .00            .00
EMERG ROOM PHYSICIANS      UNSECURED        NOT FILED              .00            .00
MEDICAL RECOVERY SPECIAL   NOTICE ONLY      NOT FILED              .00            .00
MERCY PHYSICIAN BILLING    UNSECURED        NOT FILED              .00            .00
MERCY PHYSICIAN BILLING    UNSECURED        NOT FILED              .00            .00
MONEY CENTERS INC          UNSECURED        NOT FILED              .00            .00
CHRIST MEDICAL CENTER      UNSECURED        NOT FILED              .00            .00
MUNICIPAL COLLECTION SER   UNSECURED        NOT FILED              .00            .00
OCWEN FEDERAL BANK         UNSECURED        NOT FILED              .00            .00
QUALITY RESIDENCE          UNSECURED        NOT FILED              .00            .00
QWEST                      UNSECURED        NOT FILED              .00            .00
RAMSEY DISTRICT COURT      UNSECURED              .00              .00            .00
RMI/MCSI                   UNSECURED           250.00              .00            .00
SOUTHWEST DERMATOLOGY CH   UNSECURED        NOT FILED              .00            .00
THE RECOVERY SERVICES      NOTICE ONLY      NOT FILED              .00            .00
WALMART                    UNSECURED        NOT FILED              .00            .00
AT & T                     UNSECURED        NOT FILED              .00            .00
WOW INTERNET CABLE         UNSECURED        NOT FILED              .00            .00
NORTHERN STATES POWER CO   UNSECURED          1483.39              .00            .00
NICHOLAS BROWN             NOTICE ONLY      NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      284.00               .00         284.00
QWEST CORPORATION          UNSECURED           221.15              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                           176.00
TOM VAUGHN                 TRUSTEE                                              40.00
DEBTOR REFUND              REFUND                                                 .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS                 DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    500.00

PRIORITY                                              284.00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                        176.00
TRUSTEE COMPENSATION                                   40.00
DEBTOR REFUND                                            .00
                        ---------------       ---------------
TOTALS                     500.00                     500.00
```

            PAGE  2 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 13659 SHERRY L COLLINS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE